# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

134979 & (91)

GHAUS MALIK and SAHIB MALIK,
      Plaintiffs/Counter-Defendants-
      Appellants,
v

SHAKEEB SALAMY and D.E.S. BUILDING
COMPANY, INC.,
      Defendants/Counter-Plaintiffs,
and

DANA EMERGENCY SERVICES,
      Defendant,
and

PERFECT MARBLE & GRANITE, INC.,
MACOMB STAIRS, INC., ELVIN
CONSTRUCTION COMPANY, and
PHILIP F. GRECO TITLE COMPANY,
      Defendants/Counter-Plaintiffs-
      Appellees,
and

STOCK BUILDING SUPPLY, LLC,
      Defendant/Counter-Plaintiff/Cross-
      Plaintiff/Third-Party Plaintiff,
and

TAYLOR DOOR,
      Defendant,
and

SAM VAGNETTI and LINDA VAGNETTI,
      Third-Party Defendants.
_____/

SC: 134979
COA: 264780
Oakland CC: 2002-046022-CH

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

s0211

                  Clerk